1 | BRIAN W. PLUMMER, ESQ. (SBN: 240210)
2 | **MELISSA S. GREENIDGE, ESQ. (SBN: 272669)**
   | **UNION PACIFIC RAILROAD COMPANY**
3 | **Law Department**
   | 10031 Foothills Boulevard, Suite 200
4 | Roseville, CA  95747
   | General:        (916) 789-6400
5 | Direct:         (916) 789-6132
   | Facsimile:      (916) 789-6227
6
   | Attorneys for Defendant
7 | UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY M. COSNER, | Case No.: 4:13-CV-05959-~~DMR~~ PJH |
|---|---|
| Plaintiff, | **[~~PROPOSED~~] ORDER ON STIPULATION OF THE PARTIES TRANSFERRING VENUE PURSUANT TO 28 U.S.C. §1404(a)** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendants. | |

Pursuant to 28 U.S.C. §1404(a), the stipulation of the parties, and in the interests of justice, this matter is transferred to the jurisdiction of the United <u>States District Court for the Central District of California.</u>

**IT IS SO ORDERED.**

DATED: __March 18__, 2014    _____
                              The Honorable [signature/seal: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]

-1-

(PROPOSED) ORDER ON STIPULATION OF THE PARTIES TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)