Victor A. Russo, Esq. (State Bar #116172)
Anthony S. Petru, Esq. (State Bar #91399)
Michael J. Vener, Esq. (State Bar #265876)
Ryan J. Otis, Esq., (State Bar #260032)
HILDEBRAND, MCLEOD & NELSON, LLP
700 North Brand Boulevard, Suite 860
Glendale, CA  91203
TEL:      (323) 662-6400
FAX:      (323) 669-8549

Attorneys for Plaintiff
TIMOTHY M. COSNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| TIMOTHY M. COSNER<br><br>          Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD<br>COMPANY<br><br>          Defendant. | CASE NO. 2:14-cv-02092-AB-AGR<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT:**

Pursuant to Local Rule 16-15.7, Plaintiff TIMOTHY M. COSNER, by and through his counsel of record, hereby submit this Notice of Settlement advising the Court that the above-entitled matter settled in its entirety on February 26, 2015, and request thirty (30) days in which to file the Dismissal.

Respectfully submitted,

DATED:   February 27, 2015          HILDEBRAND, McLEOD & NELSON, LLP


By:_____ */s/ Ryan J. Otis*_____
          RYAN J. OTIS
          Attorneys for Plaintiff
          TIMOTHY M. COSNER

1

2:14-cv-02092
Notice of Settlement